1 Lynn Hubbard, III, SBN 69773
2 **Disabled Advocacy Group, APLC**
3 12 Williamsburg Lane
  Chico, CA 95926
4 Telephone: (530) 895-3252
5 Facsimile: (530) 894-8244

6 Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>    Plaintiff,<br><br>vs.<br><br>TA Operating, LLC, et al.,<br><br>    Defendants. | No. CIV.S-08-03014-JAM-CMK<br><br>**Order Reinstating the Court's Status (Pretrial Scheduling) Order** |

**<u>ORDER</u>**

In light of the dissolution of the parties' settlement, the Court hereby reinstates its February 18, 2009 Status (Pretrial Scheduling) Order.

Dated: May 21, 2009      /s/ John A. Mendez
                         Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com