1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff Lary Feezor

6

7  KRISTINA LAUNEY, SBN 221335
   SEYFARTH SHAW
8  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
   Telephone: (916) 448-0159
9  Facsimile: (916) 558-4839

10 Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | Case No. CIV. S-08-03014-JAM-CMK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| TA OPERATING, LLC dba SANTA NELLA TRAVEL CENTER; HPT TA PROPERTIES TRUST, | |
| Defendants. | |

Stipulation of Dismissal and [Proposed] Order Thereon              *Feezor v TA Operating, LLC, et al.*
                                                                    CIV. S-08-03014-JAM-CMK

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR
3  and defendants, TA OPERATING, LLC dba SANTA NELLA TRAVEL CENTER; HPT TA
4  PROPERTIES TRUST, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby
5  request that all parties be dismissed with prejudice from the above-entitled action.

7  Dated: June 25, 2009                    DISABLED ADVOCACY GROUP, APLC

9                                        *s/s Lynn Hubbard, III*
10                                       LYNN HUBBARD, III
                                      Attorney for Plaintiff

12 Dated: June 23, 2009                      SEYFARTH SHAW, LLP

14                                       *s/s Kristina Launey*
                                      KRISTINA LAUNEY
15                                       Attorney for Defendants

18                                    **ORDER**

19     IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-
20 03014-JAM-CMK, is hereby dismissed with prejudice.

22 Dated: June 26, 2009                      /s/ John A. Mendez
23                                       United States District Court Judge